UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID SHU,<br><br>             Plaintiff,<br><br>     v.<br><br>U.S. POSTAL SERVICE,<br><br>             Defendant. | Case No. 19-cv-06969-HSG<br>*SEALED*<br>**ORDER GRANTING MOTION TO UNSEAL CASE**<br><br>Re: Dkt. No. 58 |

The Clerk is directed to unseal the case.  This Order terminates Dkt. No. 58.  The Court reiterates that no further pro se filings will be accepted in this closed case.

**IT IS SO ORDERED.**

Dated: 2/24/2022

HAYWOOD S. GILLIAM, JR.
United States District Judge